Name: Dolores Kelly
Address: 538 Aleness St
Telephone Phone:
Email: d.kelly26@yahoo.com

FILED
Apr 17 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ BreanneChandler    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Dolores Kelly,
Plaintiff(s),

v.

Kamala Harris,
Defendant(s).

Case No.: **'23CV0687 DMS MSB**
(assigned at time of filing)

**COMPLAINT**

I. **RELATED CASES**

  a. Do you have other Civil Case(s) in this or any other federal court?
     ☒Yes    ☐No
  b. If yes, please list the case numbers here:

II. **STATEMENT OF CLAIM** *(Briefly state the facts of your case. Describe how each defendant is involved, and tell what each defendant did to you that caused you to file this suit against them. Include names of any other persons involved, dates, and places.)*

1

Multiple times Ive expressed to the Harris over the United States situation. I do ~~believe~~ believe she was aware of the corruption in godaddy and the government broadridge voter fraud and lobbying in the Secretary of State.

Satya was the hacker in microsoft with investor relations in my personal accounts, Its a hacker of minor in public education, hindu hackers. She was a fraud in AON!

what was she doing in the government for 20 years? She is an illigal immegrant of brazil to Quabec.

These companies are big Tech corruption companies in your government hiring illegal immigrants 2 to illegal military

1  **III.**  **RELIEF YOU REQUEST** *(State exactly what you want the court to do for you.*
2     *Do not use this space to state the facts of your claim.)*
3
4  Impeachment, political Lobby,
5  Corruption.
6
7
8
...
28

1  **IV.   DEMAND FOR JURY TRIAL** *(Would you like a trial by jury on all claims*
2  *pursuant to FRCP, Rule 38?)*
3  ☑ Yes    ☐ No
4
5  I declare under penalty of perjury that the foregoing is true and correct.
6  
7  __4-   -23_____        __Dolores Kelly_____
   Date                         Signature
8                               __Dolores Kelly_____
9                               Printed Name